ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    William.frentzen@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18 CR 124 (JCS) |
| Plaintiff, | **STIPULATED MOTION TO CONTINUE SENTENCING AND [~~PROPOSED~~] ORDER** |
| v. | |
| MICHAEL KIM, | |
| Defendant. | |

### STIPULATED MOTION TO CONTINUE SENTENCING

The parties hereby stipulate and agree to a continuance of the sentencing for defendant Kim from August 24, 2018, to October 12, 2018, or to any date in October that is convenient for the Court. The Probation Office and both parties are in agreement with the need for this continuance.

SO STIPULATED:

Dated: July 19, 2018                                   /s/
                                                        JONATHAN MCDOUGALL
                                                        Counsel for Defendant

STIPULATION
CR18 CR 124 (JCS)

|   |   |
|---|---|
|   | ALEX G. TSE<br>United States Attorney |

Dated: July 19, 2018

/s/
WILLIAM FRENTZEN
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Upon the stipulated motion of the parties for a continuance, and good cause appearing therefor, IT IS HEREBY ORDERED that the sentencing in this case shall be continued from August 24, 2018, to __October 12__, 2018 at __10:30__ a.m./~~p.m.~~

SO ORDERED, this __20th__ day of July, 2018.

_____
HON.
CHIEF                                          JUDGE
Judge Joseph C. Spero

STIPULATION
CR 18 CR 124 JCS                           2