11/08/2018 05:08 PM PDT                                                                                                                                                   Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN318CR000124;  Party Num: 001;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN318CR000124      **Case Title**  US V MICHAEL KIM

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY20958 | MICHAEL KIM | PACCT15163 | SPECIAL PENALTY ASSESSMENT | | 25.00 | 25.00 | 0.00 |
| 001 | PTY20958 | MICHAEL KIM | PACCT15163 | FINE-CRIME VICTIMS FUND | | 30,000.00 | 0.00 | 30,000.00 |
| | | | | | | 30,025.00 | 25.00 | 30,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Number** | **Debt Type Line#** | **Debt Type** | | **Payee Line#** | **Depository Line#** | **J/S Account Code** | | | | |
| CT 34611137421 | | 10/12/2018 | 10/12/2018 | PR | 25.00 | MICHAEL KIM | | O | 04 | 504100 |
| DCAN318CR000124-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

---

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant:  Michael Kim

Amount $ 25.00          Date: 10/12/18